IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS ALEXANDER RANGEL,<br><br>Petitioner,<br><br>v.<br><br>WARDEN MOSHANNON VALLEY ICE PROCESSING CENTER,<br><br>Respondent. | 3:26-CV-01440-CCW |

**CASE MANAGEMENT ORDER**

The Court orders as follows:

1. **Service**. The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day. This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3. **Respondents' responses to the petition.** Respondents shall file any responses or answers to the petition within **30 days** of the date of service. Responses are limited to **25 pages**, double-spaced.

4. **Petitioner's reply in support of the Petition.** Petitioner shall file any reply in support of the Petition within **8 days** of the filing of Respondents' response to the Petition. The reply is limited to **5 pages**, double-spaced.

DATED this 29th day of July, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge